IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| A.B., | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, | : | No. 22-1803 |
|     Defendant. | : | |

## ORDER

**AND NOW**, this 6th day of October 2022, upon review of Defendant's Motion to dismiss for lack of subject matter jurisdiction (ECF 3), and Plaintiff's response thereto (ECF 4), it is **ORDERED** Defendant's Motion (ECF 3) is **GRANTED** and Plaintiff's Complaint is dismissed **WITH PREJUDICE**. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**